**No. 42479.**—Protests 666741–G, etc., of Abercrombie & Fitch Co. et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42480.**—Protests 843475–G, etc., of Fred Gretsch Manufacturing Co. et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42481.**—Protests 886434–G, etc., of B. F. Drakenfeld & Co., Inc., et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42482.**—Protests 902236–G, etc., of Henry Kayser & Fils, Inc., et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42483.**—Protests 924508–G, etc., of Raylite Trading Corp. et al.   (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42484.**—Protests 947735–G, etc., of Ignaz Strauss & Co. et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 18, 1939

**No. 42485.**—Protests 947692–G, etc., of Alfred Dunhill of London, Inc. (New York).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of *Dunhill* v. *United States* (C. D. 70) and Abstract 41307 the lighter parts in question were held dutiable at two-thirds of 1 cent each and two-fifths of 1 cent per dozen for each 1 cent the value exceeds 20 cents per dozen, and 25 percent ad valorem, under paragraph 1527 (c) (2) and the French Trade Agreement (T. D. 48316).